Román D. Hernández (WSBA 39939)
*rhernandez@cablehuston.com*
**Cable Huston LLP**
1455 SW Broadway, Suite 1500
Portland, OR 97201-3412
Tel: 503-224-9548
Fax: 503-224-3176

Attorneys for Interactive Memories, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

| | |
|---|---|
| JOSEPH KELLEY, individual and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERACTIVE MEMORIES, INC. d/b/a MIXBOOK,<br><br>Defendant. | Case No. 2:25-cv-02031-JLR<br><br>**STIPULATED MOTION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING**<br><br>NOTE ON MOTION CALENDAR:<br>November 17, 2025 |

Plaintiff Joseph Kelley ("Plaintiff") and Defendant Interactive Memories, Inc. d/b/a Mixbook ("Defendant") (together, "Parties"), by and through their respective undersigned counsel, hereby stipulate that Defendant's deadline to answer, move, or otherwise respond to the Class Action Complaint in the above-captioned action is extended to December 22, 2025, and Plaintiff shall have until January 19, 2026 to respond to any motion to dismiss. The Parties further agree that the stipulation and extension do not constitute a waiver of any claim, right, or defense.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

Page 1 – STIPULATED MOTION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING

| | | |
|---|---|---|
| 1 | Dated: November 17, 2025 | By: /s/ *Román D. Hernández* |
| 2 | | Román D. Hernández (WSBA 39939) |
| | | rhernandez@cablehuston.com |
| 3 | | Cable Huston LLP |
| | | 1455 SW Broadway, Suite 1500 |
| 4 | | Portland, OR 97201-3412 |
| | | Tel: 503-224-9548 |

*Attorneys for Defendant*
*Interactive Memories, Inc., d/b/a Mixbook*

Dated: November 17, 2025        By: /s/ *Simon Franzini*
                                Simon Franzini (WSBA 63689)
                                simon@dovel.com
                                Dovel & Luner, LLP
                                201 Santa Monica Blvd., Suite 600
                                Santa Monica, California 90401
                                Tel: 310-656-7069

*Attorneys for Plaintiff*
*Joseph Kelley*

Page 2 - STIPULATED MOTION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING

33914.001\4936-1845-3882.v1

ORDER

IT IS SO ORDERED

DATED THIS 17th day of November, 2025.

_____
JAMES L. ROBART
U.S. DISTRICT JUDGE

Presented by:

s/ Román D. Hernández
Román D. Hernández, (WSBA 63689)
Cable Huston LLP
1455 SW Broadway, Suite 1500
Portland, OR 97201
rhernandez@cablehuston.com

*Attorneys for Defendant Interactive Memories, Inc., d/b/a Mixbook*

Page 3 - STIPULATED MOTION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING

33914.001\4936-1845-3882.v1