Simon Franzini (WSBA 63689)
simon@dovel.com
**Dovel & Luner, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Tel: 310-656-7069

*Attorneys for Plaintiff*
*Joseph Kelley*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

### AT SEATTLE

| | |
|---|---|
| JOSEPH KELLEY, individual and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERACTIVE MEMORIES, INC. d/b/a MIXBOOK,<br><br>Defendant. | Case No. 2:25-cv-02031-JLR<br><br>**STIPULATED MOTION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING**<br><br>NOTE ON MOTION CALENDAR:<br>December 19, 2025 |

Plaintiff Joseph Kelley ("Plaintiff") and Defendant Interactive Memories, Inc. d/b/a Mixbook ("Defendant") (together, "Parties"), by and through their respective undersigned counsel, hereby stipulate that Defendant's deadline to answer, move, or otherwise respond to the Class Action Complaint in the above-captioned action is extended to January 21, 2026, and Plaintiff shall have until February 18, 2026 to respond to any motion to dismiss. The Parties further agree that the stipulation and extension do not constitute a waiver of any claim, right, or defense.

**IT IS SO STIPULATED**

///

///

///

///

Page 1 - STIPULATED MOTION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING

| | | |
|---|---|---|
| Dated: December 19, 2025 | By: | /s/ *Román D. Hernández* |
| | | Román D. Hernández (WSBA 39939) |
| | | rhernandez@cablehuston.com |
| | | Cable Huston LLP |
| | | 1455 SW Broadway, Suite 1500 |
| | | Portland, OR 97201-3412 |
| | | Tel: 503-224-9548 |
| | | |
| | | *Attorneys for Defendant* |
| | | *Interactive Memories, Inc., d/b/a Mixbook* |
| | | |
| Dated: December 19, 2025 | By: | /s/ *Simon Franzini* |
| | | Simon Franzini (WSBA 63689) |
| | | simon@dovel.com |
| | | Dovel & Luner, LLP |
| | | 201 Santa Monica Blvd., Suite 600 |
| | | Santa Monica, California 90401 |
| | | Tel: 310-656-7069 |
| | | |
| | | *Attorneys for Plaintiff* |
| | | *Joseph Kelley* |

Page 3 - STIPULATED MOTION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING

ORDER

IT IS SO ORDERED

DATED THIS 22nd day of December, 2025.

_____
JAMES L. ROBART
U.S. DISTRICT JUDGE

Presented by:

/s/ *Simon Franzini*
Simon Franzini (WSBA 63689)
simon@dovel.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Tel: 310-656-7069

*Attorneys for Plaintiff*
*Joseph Kelley*

Page 3 - STIPULATED MOTION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING