Román D. Hernández (WSBA 39939)
rhernandez@cablehuston.com
**Cable Huston LLP**
1455 SW Broadway, Suite 1500
Portland, OR 97201-3412
Tel: 503-224-9548
Fax: 503-224-3176

Attorneys for Interactive Memories, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

| | |
|---|---|
| JOSEPH KELLEY, individual and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERACTIVE MEMORIES, INC. d/b/a MIXBOOK,<br><br>Defendant. | Case No. 2:25-cv-02031-JLR<br><br>**STIPULATED MOTION TO STAY CASE PENDING MEDIATION**<br><br>NOTE ON MOTION CALENDAR: January 8, 2026 |

  Plaintiff Joseph Kelley ("Plaintiff") and Defendant Interactive Memories, Inc. d/b/a Mixbook ("Defendant") (together, "Parties"), by and through their respective undersigned counsel, hereby stipulate to respectfully ask the Court to exercise its inherent power to control its docket and enter an Order staying this case and all deadlines pending the Parties' scheduled February 11, 2026 mediation, and until March 4, 2026.

  The Parties agree to submit a joint status report no later than March 5, 2026, apprising the Court of the outcome of mediation and, if necessary, proposing a case schedule and trial date.  With respect to a potential case schedule, the Parties agree to meet and confer in good faith in an attempt to agree on reasonable deadlines.  If the Parties cannot agree, they will propose their competing case schedules in a joint submission for final decision by the Court.  As a general matter, the Parties reserve all claims, defenses, and rights they are entitled to in this litigation.

Page 1 – STIPULATED MOTION TO STAY CASE PENDING MEDIATION

**IT IS SO STIPULATED**

Dated: January 8, 2026

By: /s/ *Román D. Hernández*
Román D. Hernández (WSBA 39939)
rhernandez@cablehuston.com
Cable Huston LLP
1455 SW Broadway, Suite 1500
Portland, OR 97201-3412
Tel: 503-224-9548

*Attorneys for Defendant*
*Interactive Memories, Inc., d/b/a Mixbook*

Dated: January 8, 2026

By: /s/ *Simon Franzini*
Simon Franzini (WSBA 63689)
simon@dovel.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Tel: 310-656-7069

*Attorneys for Plaintiff*
*Joseph Kelley*

**ORDER**

IT IS SO ORDERED.

DATED THIS 8th day of January, 2026.

JAMES L. ROBART
U.S. DISTRICT JUDGE

Presented by:

/s/ *Román D. Hernández*
Román D. Hernández (WSBA 39939)
rhernandez@cablehuston.com
Cable Huston LLP
1455 SW Broadway, Suite 1500
Portland, OR 97201-3412
Tel: 503-224-9548

*Attorneys for Defendant*
*Interactive Memories, Inc.*

Page 3 – STIPULATED MOTION TO STAY CASE PENDING MEDIATION